610

Goldie Richards, Appellee, v. Mohawk Country Club, Appellant.

Gen. No. 40,665.

opinion filed October 23, 1939. George C. Bliss and Abraham Lepine, for appellant; Donald J. Seeley, for appellee. Opinion by Justice McSurely. ''Not to be published in full.''

Andrew Bednarczyk, Appellee, v. Rozalia Kudla et al., Defendants. Matilda Yoelin, Administratrix, Appellant.

Gen. No. 40,646.

opinion filed October 23, 1939; rehearing denied November 6, 1939. Estelle M. Wells, for appellant; William M. Zipperman, for appellee; Maurice L. Lewis and Irving S. Abrams, of counsel. Opinion by Justice O'Connor. ''Not to be published in full.''